UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
_____ DIVISION           FILED 2/3/05

_Darryl Harris_
(Plaintiff)

vs.                              2:05CR005 PS

_Union Car Tank Co._
(Defendant).

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant _Union Car Tank_ for discrimination as set forth below.

Plaintiff ____ DOES ____ DOES NOT (indicate which) demand a jury trial.

### I. PARTIES

Plaintiff's Name: _Darry M. Harris_

Plaintiff's Address: _2034 Maryland St_
_Gary Indiana 46407_

Defendant's Name: _Union Car Tank CO._

Defendant's Address: _300 W. 151st East Chicago_
_Indiana 46312_

### II. BASIS OF CLAIM AND JURISDICTION

1. This complaint is brought pursuant to:

    _X_ Title VII of the Civil Rights Act of 1964, as amended (42 U.S.C. §2000e-5), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

    ____ The Age Discrimination in Employment Act (29 U.S.C. §621), and jurisdiction is

based on 28 U.S.C. §§1331 and 1343(a);

\_\_\_\_\_ The Americans with Disabilities Act (42 U.S.C. §12101), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

\_\_\_\_\_ The Rehabilitation Act (29 U.S.C. §701, *et seq.*), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

\_\_\_\_\_ Equal rights under law (42 U.S.C. §1981), and jurisdiction is based on on 28 U.S.C. §§1331 and 1343(a);

\_\_\_\_\_ Other (list): _____

2. Plaintiff \_\_\_\_\_ DID \_\_\_\_\_ DID NOT (indicate which) file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. [If the plaintiff did file a charge of discrimination, Plaintiff should attach a copy of the charge to the complaint].

3. Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **RECEIVED** on or about _____ (insert date the plaintiff *received* the notice -- in most instances this will not be the same date stamped on the notice). [Plaintiff should attach a copy of the Notice of Right to Sue to this complaint.]

### III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because (if more space is needed, attach additional pages): *See Attachment: "Charge of Discrimination" also "Appeal on Agency's Decision, And Request A Remand To Agency For Further Fact Finding"*

### IV. FACTS IN SUPPORT OF COMPLAINT

The facts on which this complaint is based are the following (if you need additional space, please attach additional pages) *See Attachment: My Affirmation, Titled "Darryl Harris"*

2

(Facts continued)

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

Monitary Compensation For Pain and Suffering and Monitary compesation For Violating my Civil Rights, Denying my Equal Rights For Employment.

## VI. AFFIRMATION OF PLAINTIFF

I, *Darryl Harris*, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in the complaint and those which are attached in the accompanying financial statement. I believe them to be, to the best of my personal knowledge, true and correct.

Further, I do understand that this complaint and this affidavit will become an official part of the United States District Court files and that ANY FALSE STATEMENTS knowingly made by me are illegal and may subject me to criminal penalties.

*Darryl Harris*
(Signature of Plaintiff)
1-7-05
(Date)

3