UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DARRYL HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:05-CV-5 PS |
| ) | |
| UNION TANK CAR COMPANY; DAVID ) | |
| LAWRENCE; JOHN PAWLEY ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge Andrew Rodovich entered on February 7, 2006 [Doc. 13]. Plaintiff filed his complaint on February 3, 2005 [Doc. 7]. On March 18, 2005, he filed an amended complaint [Doc. 10], but failed to serve Defendants. On August 3, 2005, the clerk of the court notified Plaintiff that the clerk would inform the Court of failure of service if Plaintiff did not properly serve Defendants by August 18, 2005 [Doc. 11]. Judge Rodovich entered an order on January 17, 2006, giving Plaintiff until January 31, 2006 to inform the Court as to why his complaint should not be dismissed for failure to serve Defendants [Doc. 12]. Plaintiff failed to file a response to the Magistrate's Order.

On February 7, 2006, Judge Rodovich entered a Report and Recommendation to this Court, recommending that the matter be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve Defendants. Pursuant to 28 U.S.C. § 636(b)(1), the parties had ten days after being served with a copy of the Report and Recommendation to file written objections. Neither party has filed an objection to Magistrate Judge Rodovich's Report and Recommendation.

The Court, having reviewed Magistrate Judge Rodovich's Report and Recommendation and agreeing with the reasoning therein, hereby **ADOPTS** the Report and Recommendation in its entirety.  Accordingly, because Plaintiff failed to object to Magistrate Judge Rodovich's February 7, 2006 Report and Recommendation [Doc. 13], Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m).  The clerk is further directed to treat this matter as **TERMINATED**.

**SO ORDERED.**

ENTER: May 26, 2006

s/ Philip P. Simon  
PHILIP P. SIMON, JUDGE  
UNITED STATES DISTRICT COURT
